another against Charles W. Loomis, individually and as executor, etc., of Diana Camp, deceased, and others. No opinion. Judgment unanimously affirmed, with costs. See, also, 153 N. Y. Supp. 1129; 155 N. Y. Supp. 1125.

MERSEREAU et al., Appellants, v. LOOMIS et al., Respondents (two cases). (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Actions by Frederick W. Mersereau and another against Charles W. Loomis, individually and as executor, etc., of Diana Camp, deceased, Philo B. Cook, and Flora A. Cook (action No. 2), and against Charles W. Loomis, individually and as executor, etc., of Diana Camp, deceased, George W. Carman, and Florence J. Carman (action No. 3). No opinion. Judgments unanimously affirmed, with costs. See, also, 155 N. Y. Supp. 1124.

WOODWARD, J., not sitting.

MEYER, Respondent, v. NAUGHTON-MULGREW MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Grover C. Meyer, an infant, against the Naughton-Mulgrew Motor Car Company. A. K. Wing, of New York City, for appellant. K. F. Dwyer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MIDDLETON, Respondent, v. BROWNE, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by William A. Middleton against Edmond C. Browne. No opinion. Judgment and order unanimously affirmed, with costs.

MIENKIEWICZ, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Constantine Mienkiewicz, as administratrix, etc., against the International Railway Company. No opinion. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presented a question of fact, which should have been submitted to the jury, both as to defendant's negligence and the contributory negligence of plaintiff's intestate.

MIESTO v. COMMERCIAL UNION ASSUR. CO., Limited. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Alfred Miesto against the Commercial Union Assurance Company, Limited. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1129.

MILLER, Respondent, v. BURNS BROS., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Charles Miller against the Burns Bros. No opinion. Judgment and order unanimously affirmed, with costs.

MILLER et al., Respondents, v. METROPOLITAN TRUST CO. OF CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Frank D. Miller and others, as trustees, against the Metropolitan Trust Company of the City of New York, as administrator, and another. No opinion. Judgment unanimously affirmed, with costs.

MILLETTE v. NEW YORK, W. & B. RY. CO. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Ellen C. Millette, as administratrix, etc., against the New York, Westchester & Boston Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 154 N. Y. Supp. 792; 155 N. Y. Supp. 1125.

MILLETTE v. NEW YORK, W. & B. RY. CO. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Ellen C. Millette, as administratrix, etc., against the New York, Westchester & Boston Railway Company. No. opinion. Motion for reargument denied, with $10 costs. See, also, 154 N. Y. Supp. 792; 155 N. Y. Supp. 1125.

MISHEL, Respondent, v. MISHEL, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Emma Mishel, an infant, etc., against Hyman Mishel. I. Enselman, of New York City, for appellant. B. Breitbart, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MOLLOT et al., Respondents, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Morris Mollot and another against the City of New York, impleaded with another. E. C. Kindleberger, of New York City, for appellant. J. Rosenzweig, of New York City, for respondents. No opinion. Judgment affirmed, without costs. Order filed.

MONCRIEFF, Appellant, v. MONCRIEFF, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Appeal from Special Term, New York County. Action by Alice M. Moncrieff against James R. Moncrieff. From an order granting a motion for reargument of a motion for alimony and counsel fee, plaintiff appeals. Reversed, and order granting alimony reinstated. George W. Reiff, of New York City (Joseph R. Clevenger, of New York City, of counsel), for appellant. Henry Hogeboom, of New York City, for respondent.

PER CURIAM. The order appealed from, which grants a motion for reargument, and on reargument disposes of the original motion, is reversed, with $10 costs and disbursements to the appellant, and the order granting alimony, entered on the 29th day of June, 1915, reinstated. Order filed.

MONG v. EMIGRANT INDUSTRIAL SAVINGS BANK. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by James S. Mong, as executor, against the Emigrant Industrial Savings Bank. No opinion. Motion denied, with $10 costs. Order filed.